MAYER BROWN LLP

Anthony J Weibell (SBN 238850)
aweibell@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2030

Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
575 Market St # 2500
San Francisco, CA 94105
Telephone: (202) 263-3328

Sophia M. Mancall-Bitel (SBN 337002)
smancall-bitel@mayerbrown.com
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-5137

Attorneys for Defendant
ALLY FINANCIAL INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MAHONEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>Defendant. | Case No. 4:24-cv-2392-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE; ORDER** |

In accordance with Local Rules 6-1, 6-2, and 7-12, the parties to the action, by and through their respective counsel of record, have stipulated to extend the time for Defendant to respond to the Complaint by 30 days and respectfully request that this Court enter an order continuing the Initial Case Management Conference and associated deadlines to on or after December 5, 2024, to accommodate the parties' efforts to resolve this action and any briefing and hearing on Defendant's anticipated motion in response to the Complaint. In support, the parties state as follows:

1. Plaintiff filed his complaint in this action on April 22, 2024 (Dkt. 1), and served Defendant on May 13, 2024 (Dkt. 11), making the original response deadline June 3, 2024.

2. The parties thereafter commenced talks regarding investigation of the facts alleged in the Complaint and the possibility of resolving the dispute, which talks are ongoing to the present day.

3. On May 20, 2024, the Parties filed a stipulation pursuant to Local Rule 6-1(a) to extend the time to respond to the Complaint to July 8, 2024.

4. On July 2, 2024, the Parties filed a stipulation pursuant to Local Rule 6-1(a) to further extend the time to respond to the Complaint to August 5, 2024.

5. Because the parties' discussions to date have been productive yet still require additional time, and because the parties believe the result of their discussions has a reasonable possibility of obviating the need for further litigation of this matter, the parties have further agreed to extend the deadline to respond to the Complaint by an additional 30 days to September 4, 2024.

6. In light of their discussions, and in the interests of efficiency should Defendant respond to the Complaint with a motion under Rule 12 requiring briefing and a hearing with the Court, the parties have stipulated (subject to the Court's approval and order) to continue the Initial Case Management Conference currently set for August 13, 2024, and any associated deadlines to coincide with the hearing on any Rule 12 motion filed by Defendant on September 4, 2024. Accordingly, the parties have stipulated (subject to the Court's order) to the following schedule:

- Defendant shall file any responsive motion to the Complaint on or before September 4, 2024;
- Plaintiff shall file any opposition to Defendant's motion on or before October 16, 2024;
- Defendant shall file any reply in support of its motion on or before November 13, 2024;

- The hearing on Defendant's motion shall be noticed for 2:00 p.m. Thursday, December 5, 2024, and

- The Initial Case Management Conference shall be scheduled to occur immediately after the hearing, or as soon thereafter as the Court prefers.

7. There have been no other time modifications in this case, whether by stipulation or Court order, other than those described above.

**IT IS SO STIPULATED** (*subject to Court order*).


Dated: July 25, 2024

MAYER BROWN LLP

*/s/ Anthony J Weibell*
Anthony J Weibell

Attorneys for Defendant
ALLY FINANCIAL, INC.


Dated: July 25, 2024

BURSOR & FISHER, P.A.

By: */s/ Brittany S. Scott*
Brittany S. Scott

Attorneys for Plaintiff
MICHAEL MAHONEY

## **ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The following schedule shall apply:

- o  Defendant shall file any responsive motion to the Complaint on or before September 4, 2024;
- o  Plaintiff shall file any opposition to Defendant's motion on or before October 16, 2024;
- o  Defendant shall file any reply in support of its motion on or before November 13, 2024;
- o  The hearing on Defendant's motion shall be noticed for 2:00 p.m. Thursday, December 5, 2024;
- o  The Initial Case Management Conference shall be scheduled to coincide with the December 5, 2024 hearing; and
- o  The parties shall file a Joint Initial Case Management Statement seven (7) days prior to the Initial Case Management Conference.

ENTERED:  7/25/2024

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court