MAYER BROWN LLP

Anthony J Weibell (SBN 238850)
aweibell@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2030

Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
575 Market St # 2500
San Francisco, CA 94105
Telephone: (202) 263-3328

Sophia M. Mancall-Bitel (SBN 337002)
smancall-bitel@mayerbrown.com
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-5137

Attorneys for Defendant
ALLY FINANCIAL INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MAHONEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>Defendant. | Case No. 4:24-cv-2392-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE; ORDER** |

In accordance with Local Rules 6-1, 6-2, and 7-12, the parties to the action, by and through their respective counsel of record, have stipulated to extend the time for Defendant to respond to the Complaint by 30 days and respectfully request that this Court enter an order continuing the Initial Case Management Conference and associated deadlines to on or after January 6, 2025, to accommodate the parties' efforts to resolve this action and any briefing and hearing on Defendant's anticipated motion in response to the Complaint. In support, the parties state as follows:

1. Plaintiff filed his complaint in this action on April 22, 2024 (Dkt. 1), and served Defendant on May 13, 2024 (Dkt. 11), making the original response deadline June 3, 2024.

2. The parties thereafter commenced talks regarding investigation of the facts alleged in the Complaint and the possibility of resolving the dispute, which talks are ongoing to the present day.

3. On May 20, 2024, the Parties filed a stipulation pursuant to Local Rule 6-1(a) to extend the time to respond to the Complaint to July 8, 2024.

4. On July 2, 2024, the Parties filed a stipulation pursuant to Local Rule 6-1(a) to further extend the time to respond to the Complaint to August 5, 2024.

5. On July 25, 2024, the Parties filed a stipulation pursuant to Local Rule 6-1(a) to further extend the time to respond to the Complaint to September 4, 2024.

6. Because the parties' discussions to date have been productive yet still require additional time, the parties have further agreed to extend the deadline to respond to the Complaint by an additional 30 days to October 4, 2024.

7. In light of their discussions, and in the interests of efficiency should Defendant respond to the Complaint with a motion under Rule 12 requiring briefing and a hearing with the Court, the parties have stipulated (subject to the Court's approval and order) to continue the Initial Case Management Conference currently set for December 5, 2024, and any associated deadlines to coincide with the hearing on any Rule 12 motion filed by Defendant on October 4, 2024. Accordingly, the parties have stipulated (subject to the Court's order) to the following schedule:

- Defendant shall file any responsive motion to the Complaint on or before October 4, 2024;

- Plaintiff shall file any opposition to Defendant's motion on or before November 15, 2024;

- Defendant shall file any reply in support of its motion on or before December 23, 2024;

- The hearing on Defendant's motion shall be noticed for 2:00 p.m. Monday, January 6, 2025;

- The Initial Case Management Conference shall be scheduled to occur immediately after the hearing, or as soon thereafter as the Court prefers; and

- The parties shall file a Joint Initial Case Management Statement seven (7) days prior to the Initial Case Management Conference.

8. There have been no other time modifications in this case, whether by stipulation or Court order, other than those described above.

**IT IS SO STIPULATED** (*subject to Court order*).


Dated: August 23, 2024

MAYER BROWN LLP

*/s/  Anthony J Weibell*
Anthony J Weibell

Attorneys for Defendant
ALLY FINANCIAL, INC.


Dated: August 23, 2024

BURSOR & FISHER, P.A.

By: */s/  Brittany S. Scott*
Brittany S. Scott

Attorneys for Plaintiff
MICHAEL MAHONEY

**ATTESTATION**

I, Anthony J Weibell, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By: /s/ *Anthony J Weibell*
Anthony J Weibell

**ORDER** PURSUANT TO STIPULATION, IT IS HEREBY DENIED.

- Defendant shall file any responsive motion to the Complaint on or before October 4, 2024;
- Plaintiff shall file any opposition to Defendant's motion on or before November 15, 2024;
- Defendant shall file any reply in support of its motion on or before December 23, 2024;
- The hearing on Defendant's motion shall be noticed for 2:00 p.m. Monday, January 6, 2025;
- The Initial Case Management Conference shall be scheduled to occur immediately after the hearing, or as soon thereafter as the Court prefers; and
- The parties shall file a Joint Initial Case Management Statement seven (7) days prior to the Initial Case Management Conference.

ENTERED:  8/26/2024

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.
United States District Court, Northern District of California