**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
bscott@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL MAHONEY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALLY FINANCIAL INC.,

Defendant.

Case No. 4:24-cv-2392-HSG

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TO TRANSFER**

Date: December 5, 2024
Time: 2:00 p.m.
Courtroom: 2, 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

Pursuant to Fed. R. Evid. 201(b), Plaintiff Michael Mahoney respectfully requests that the Court take judicial notice of **Exhibits A-D** to the Declaration of Brittany S. Scott, which are also cited in portions of Plaintiff's Opposition to Defendant's Motion to Dismiss.

Rule 201 permits courts to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Here, each of the documents attached to the Declaration of Brittany S. Scott are subject to judicial notice.

*First*, **Exhibits A-C** to the Declaration of Brittany S. Scott are materials retrieved from the California Secretary of State website regarding Meta Platforms, Inc. (**Ex. A**) and Defendant Ally Financial Inc. (**Ex. B-C**).[1] "Courts may take judicial notice of matters of public record, including business records retrieved from the California Secretary of State and records of federal or state courts." *Carlson Produce, LLC v. Clapper*, 2022 WL 2905157, at *2 (N.D. Cal. July 22, 2022) (citing *Khoja v. Orexigen Therapeutics*, 899 F.3d 988, 999, 1001 (9th Cir. 2018)); *see also See Eidmann v. Walgreen Co.*, 522 F. Supp. 3d 634, 642 (N.D. Cal. 2021) ("Documents published on government-run websites are proper for judicial notice given their reliability.").

*Second*, **Exhibit D** to the Declaration of Brittany S. Scott is Defendant's Form 10-K Annual Report for the 2023 Fiscal Year that was publicly filed with the Securities and Exchange Commission. "SEC forms such as a Form 8–K or Form 10–K are matters of public record and may be subject to judicial notice." *Wynn v. Chanos*, 75 F. Supp. 3d 1228, 1235 (N.D. Cal. Dec. 16, 2014) (internal citations omitted).

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of **Exhibits A-D** to the Declaration of Brittany S. Scott.

Dated: October 16, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *_/s/ Brittany S. Scott_*
Brittany S. Scott

---

[1] https://bizfileonline.sos.ca.gov/search/business.

L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
bscott@bursor.com

*Attorneys for Plaintiff*